# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LENA LEIGH DAVIS,<br><br>      Defendant. | CASE NO.: 2:21-mj-28 |

## O R D E R

On July 13, 2021, the United States District Court for the Middle District of Florida, issued a warrant for the arrest of Lena Leigh Davis in the case of United States of America v. Lena Leigh Davis, Case No. 3:16-cr-00149-HES-JRK.  Lena Leigh Davis appeared before the undersigned on January 6, 2022 for her Initial Appearance on Rule 40 Transfer Out.  Ms. Davis was represented by counsel at that hearing.  Ms. Davis was advised of her right to an identity hearing, preliminary hearing, and a detention hearing in this district.  The Government moved for Defendant's detention.  Defendant admitted that her name is Lena Leigh Davis and requested to be transferred to the Middle District of Florida.  Defendant waived her right to a detention hearing and preliminary hearing in both this district and the charging district, Middle District of Florida.  Defendant filed a AO466 Waiver of Rule 32.1 Hearings form, doc. 6, waiving her right to an identity hearing, detention hearing and preliminary hearing.  Defendant is ordered detained pending the transfer to the Middle District of Florida.

      **IT IS ORDERED**: The United States Marshal immediately transport Lena Leigh Davis, together with a copy of this Order, to the Middle District of Florida, Jacksonville Division, and deliver the Defendant to the United States Marshal for that district, or to another officer

authorized to receive Lena Leigh Davis.  The marshal or officer in the Middle District of Florida, should immediately notify the United States Attorney and the Clerk of Court for that district of Lena Leigh Davis' arrival.

The Clerk of this district must promptly transmit the documents in this case to the Middle District of Florida, Jacksonville Division.

**SO ORDERED** this 11th day of January, 2022.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA